IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DONALD HETT, SR.,

      Plaintiff,

vs.                                              Case No. 11-2709-JTM

PORTFOLIO RECOVERY ASSOCIATES, INC.,

      Defendant.

ORDER OF DISMISSAL

The above case comes on for consideration by the court of its order filed May 7, 2012 to show cause why this action should not be dismissed by the court for lack of prosecution pursuant to the rules of this court.

No response having been filed to the order to show cause, and more than 10 days having elapsed since the date of the filing and service of said order, the court finds that this action should be dismissed for lack of prosecution.

IT IS THEREFORE ORDERED this 13th day of June, 2012, that this action should be and is hereby dismissed with prejudice and costs are assessed against the plaintiff.

                                                            s/ J. Thomas Marten
                                                            J. THOMAS MARTEN, JUDGE